UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1878 ADM/RLE

| | |
|---|---|
| GORDON BENSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF AGRICULTURE, ACTING THROUGH THE FARM SERVICE AGENCY, AND CLAYTON QUADE, INDIVIDUALLY AND AS AN EMPLOYEE OF FARM SERVICE AGENCY,<br><br>Defendants. | **O R D E R** |

Pursuant to the Stipulation of the parties herein, which Stipulation is incorporated herein by reference, it is hereby **ORDERED** as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the claims made against Defendant Clayton Quade individually are hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear its own attorney's fees, costs, and disbursements relative to the claims and defenses of Clayton Quade individually. All further pleadings shall reflect this order by deleting Clayton Quade as a named defendant.

Dated: October 5, 2001

ANN D. MONTGOMERY
United States District Court Judge

FILED 10-5-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1878 ADM/RLE

ORIGINAL

GORDON BENSON,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE, ACTING THROUGH THE FARM SERVICE AGENCY, AND CLAYTON QUADE, INDIVIDUALLY AND AS AN EMPLOYEE OF FARM SERVICE AGENCY,

Defendants.

**STIPULATION TO DISMISS CLAYTON QUADE WITHOUT PREJUDICE**

The parties, by counsel, hereby stipulate to dismiss, without prejudice, Clayton Quade as a Defendant in this case, with each party to bear its own attorney's fees, costs, and disbursements herein relative to the claims and defenses pertaining to Clayton Quade.

Dated: 10/4/01

ROBERT M. SMALL
United States Attorney

Friedrich A P Siekert

BY: FRIEDRICH A. P. SIEKERT
Assistant United States Attorney
Attorney I.D. No. 142013
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated: 9/28/01

KIP M. KALER
Attorney for Plaintiff
Attorney I.D. No. 133255
111 Robert Street
P. O. Box 423
Fargo, ND 58107
(701) 232-8757