UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1878 ADM/RLE

Gordon Benson,

Plaintiff,

v.

United States Department of Agriculture, Acting Through the Farm Service Agency,

Defendant.

ORDER OF DISMISSAL

Based upon the Stipulation of Dismissal executed by the parties hereto, which Stipulation is incorporated herein by reference,

IT IS ORDERED that the above-entitled matter is hereby dismissed, with prejudice, on the merits, each party to bear its own attorney's fees, costs, disbursements, and expenses.

Dated: January 16, 2002

Ann D. Montgomery, Judge
United States District Court

FILED 1-16-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK